UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


**DONY SIMPLICE,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　**Case No. 6:25-cv-1222-CEM-NWH**

**CITY OF COCOA, COCOA
POLICE DEPARTMENT,
BENJAMIN ERSKINE, MEGAN
ROMO, JARVIS WASH, 21224-
JOHNSON, and 21668- FULLER,**

       **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendants Cocoa Police Department and City of Cocoa's Motion to Dismiss Amended Complaint (Doc. 16). The United States Magistrate Judge issued a Report and Recommendation (Doc. 37), recommending that the Motion be granted in part and denied in part.[1] This cause is also before the Court on Plaintiff's Motion to Lift Discovery Stay (Doc. 40) to which Defendants filed a Response (Doc. 41).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

---

[1] This will render moot Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 38).

Judge's recommended disposition is accepted. Additionally, for the reasons stated therein, the reasons for the stay of discovery have not changed.[2]

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 37) is **ADOPTED** and made a part of this Order.

2. Defendants Cocoa Police Department and City of Cocoa's Motion to Dismiss Amended Complaint (Doc. 16). is **GRANTED in part** and **DENIED in part.**

   a. The Amended Complaint (Doc. 14) is **DISMISSED without prejudice**.

   b. The Motion to Dismiss is **DENIED** in all other respects.

   c. **On or before March 9, 2026**, Plaintiff may file a Second Amended Complaint that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

3. Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 38) is **DENIED as moot**.

4. Plaintiff's Motion to Lift Discovery Stay (Doc. 40) is **DENIED**.

---

[2] Plaintiff also failed to comply with Local Rule 3.01(g), which in and of itself is a basis to deny this motion. Plaintiff is advised that going forward, he must comply with all Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party